UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. FLETCHER,

       Plaintiff,

    v.

WARDEN OF SALINAS VALLEY STATE
PRISON, et al.,

       Defendants.

Case No. 18-cv-03520-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

Order, and that each party bear its own costs of action.

Dated: January 16, 2019

YVONNE GONZALEZ ROGERS
United States District Judge